**FILED**

APR 1 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 2:12-mj-0055 KJN |
| | ) | |
| Plaintiff, | ) | **UNDER SEAL** |
| | ) | |
| v | ) | ORDER UNSEALING CRIMINAL |
| | ) | COMPLAINT |
| FRANK ALIOTO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

Pursuant to Local Rule 141(f) and based upon the Government's Motion to Unseal the Criminal Complaint, **IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:12-mj-0055 GGH be, and is, hereby ordered **UNSEALED**.

**IT IS SO ORDERED.**

DATED: _April 19, 2012_

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE