**FILED**
May 2, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FRANK ALIOTO,<br><br>　　　　　Defendant. | CASE NUMBER: 2:12-mj-00055 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Frank Alioto</u>; Case <u>2:12-mj-00055 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　___　Release on Personal Recognizance

　　___　Bail Posted in the Sum of _____

　　_X_　Unsecured Appearance Bond in the amount of $250,000.00, co-signed by defendant's mother, to be replaced by a secured bond, secured by all available equity in the real property owned by defendant's mother within 10 days

　　___　Appearance Bond with 10% Deposit

　　___　Appearance Bond secured by Real Property

　　___　Corporate Surety Bail Bond

　　_X_　(Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>5/2/2012</u>  at  2:20 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge