JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-190 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND (PROPOSED) ORDER |
| v. ) | EXTENDING TIME TO POST |
| ) | POST PROPERTY BOND |
| FRANK ALIOTO, ) | |
| Defendant. ) | |

    On May 2, 2012, the Honorable Kendall J. Newman ordered defendant Frank Alioto released on a $250,000.00 unsecured bond, co-signed by the defendant's mother, Joan Alioto, to be replaced by a secured bond, secured by the real property owned by Mrs. Alioto, within two weeks.  On May 23, 2012 a stipulation and proposed order was filed and approved to extend the due date of the filing to May 30, 2012.  On June 1, 2012 another stipulation and proposed order was filed and approved to extend the due date of the filing to June 13, 2012.

    The Surety has provided the bond documents, and counsel has provided the documents to the Government.  The Government needs additional time to review the documents received from the defense.  Additionally, once the documents are approved the defense will need time to have the deed recorded and file the bond.

Accordingly the parties agree the deadline for posting the property bond may be extended to June27, 2012. This office has contacted Jason Hitt of the U.S. Attorney's Office, and he has no objection to this request.

Dated: June 12, 2012                    /s/ John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Frank Alioto


Dated: June 12, 2012                    Benjamin B. Wagner
                                        United States Attorney


                                        by: /s/  Jason Hitt
                                        JASON HITT
                                        Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-190 MCE |
| Plaintiff, | ORDER EXTENDING<br>TIME TO POST PROPERTY BOND |
| v. | |
| FRANK ALIOTO, | |
| Defendant. | |

For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to June 27, 2012.

Dated: June 12, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim.alioto0190.stipord.bond.ext

3