JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRANK ALIOTO,<br><br>　　　　Defendant. | No. CR-S-11-190 MCE<br><br>STIPULATION AND ORDER<br>EXTENDING TIME TO POST<br>POST PROPERTY BOND |

　　　　On May 2, 2012, the Honorable Kendall J. Newman ordered defendant Frank Alioto released on a $250,000.00 unsecured bond, co-signed by the defendant's mother, Joan Alioto, to be replaced by a secured bond, secured by the real property owned by Mrs. Alioto, within two weeks. By stipulation, the due date for the bond documents was extended several times, most recently, to November 9, 2012.

　　　　Initially, the Government needed time to review the documents. However, the Government completed its' review of the material and the Surety needed time to record the document(s) and bring them back to my office (so the document(s) can provide them to the Court). Candidly, I lost track of where "we" were in the process and I failed to follow up with the Surety sooner. Consequently, I apologize for the tardy filing of this stipulation.

1

I contacted the Surety immediately upon realizing the bond documents had not been filed. The Surety agreed to record the document(s) forthwith and bring copies to my office. Unfortunately, the Surety was confused and left the Recorder's Office with a handful of irrelevant documents and without recording the necessary document(s). The Surety has received additional instruction and it is contemplated the Surety will bring copies of the recorded document(s) to my office this week.

Accordingly the parties agree the deadline for posting the property bond may be extended to January 28, 2013. This office has contacted Jason Hitt of the U.S. Attorney's Office, and he has no objection to this request.

Dated: January 14, 2013        /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Frank Alioto


Dated: January 14, 2013        Benjamin B. Wagner
                               United States Attorney


                               by: /s/ Jason Hitt
                               JASON HITT
                               Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,             ) No. CR-S-11-190 MCE
                                      )
         Plaintiff,                   )
                                      ) ORDER EXTENDING
                                      ) TIME TO POST PROPERTY BOND
v.                                    )
                                      )
FRANK ALIOTO,                         )
                                      )
         Defendant.                   )
                                      )
                                      )
                                      )

    For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to January 28, 2013.

IT IS SO ORDERED.

Dated: January 15, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

3