JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRANK ALIOTO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>FRANK ALIOTO,<br><br>      Defendant. | No. 2:11 CR 190 MCE<br><br>APPLICATION AND ORDER EXONERATING BOND |

On September 13, 2013, a motion to dismiss against the defendant in the above captioned matter was granted. Defendant previously posted a $250,000.00 appearance bond secured by a deed of trust. Accordingly, the surety for the defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED:  September 17, 2013            /s/ John R. Manning
                                                   Attorney for Defendant
                                                   Frank Alioto

IT IS SO ORDERED.

Dated:  September 17, 2013

                                                      KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE